LOUIS JERSAWIT, as Trustee in Bankruptcy of SANITENE CORPORATION, Appellant, *v.* HENRY J. KALTENBACH, Respondent, Impleaded with Another.

Argued October 10, 1939; decided October 30, 1939.

*David Haar* for appellant.

*Robert J. Sykes* and *William C. Morris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.